UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNETTE HAIR,<br><br>                    Plaintiff,<br><br>     v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation,<br><br>                    Defendant. | NO:  11-CV-0209-TOR<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

     Before the Court is the parties' Stipulation of Dismissal with Prejudice (ECF No. 77). The parties stipulated that all matters in controversy between the parties have been settled, and agree to the entry of an Order dismissing the action with prejudice and without costs to either party.

//

//

//

//

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation of Dismissal with Prejudice (ECF No. 77), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 20th day of November, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 2